# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF M.S.

NO.  2025 CW 1271

**JANUARY 8, 2026**

In Re:  J.S., Father, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. J-13687.

**BEFORE:  MILLER, STROMBERG, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's November 10, 2025 judgment which ordered a change in the case plan goal in this child in need of care proceeding is an appealable judgment. See La. Ch. Code art. 700; **State, ex rel. D.T.**, 2008-2231 (La. App. 1st Cir. 5/15/09), 17 So.3d 31, 38. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to relator, J.S., pursuant to his notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

TPS
WEF

**Miller, J.**, dissents and would deny the writ. Considering this is a child in need of care proceeding, entitled to expeditious consideration pursuant to Rule 5-1 of the Uniform Rules of the Louisiana Courts of Appeal, I would exercise this court's supervisory jurisdiction and act on the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT